# Order

Michigan Supreme Court
Lansing, Michigan

May 16, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156120 & (17)(22)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 156120
                                       COA: 338077

TERRENCE TERRELL MOORE,
                                       Oakland CC: 05-202583-FC
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 27, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for miscellaneous relief and the motion to remand are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2018



Clerk

a0509